No. 64569.—Langfelder, Homma & Carroll, Inc. *v.* United States, protest 59/30960 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 64570.—A. V. Olsson Trading Co., Inc. *v.* United States, protest 58/18120 (Portland, Oreg.)

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 64571.—Associated Commercial Co. et al. *v.* United States, protests 953062–G, etc. (Los Angeles).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64572.—Alba Wine Corp. et al. *v.* United States, protests 117601–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 21, 1960

No. 64573.—The Coldwater Seafood Corporation *v.* United States, protest 58/24734 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the